K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
JENNIFER M. GARTEN
Legal Counsel, Bar No. 232979
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone: (916) 324-0512
Facsimile: (916) 323-4723

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION OF AMERICAN PHYSICIANS & DENTISTS,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, JEANNE WOODFORD, RENEE KANAN, M.D. et al.,<br><br>Respondents. | Case No. CV05-3630-~~EMC~~ MMC<br>ORDER APPROVING REQUEST FOR **WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL**<br><br>[N.D. Cal. Local Rule 11-5]<br><br>Date:<br>Time:<br>Judge:           Hon. Edward M. Chen |

**WITHDRAWAL OF COUNSEL AND
SUBSTITUTION OF NEW COUNSEL**

Pursuant to Northern District Local Rule 11-5, the Department of Personnel Administration ("DPA"), the attorneys of record for the California Department of Corrections, Jeanne Woodford, Renee Kanan, M.D., et al., files this request for substitution of counsel. In support of this request, DPA shows the court the following:

1.  This matter was originally filed in the Sacramento County Superior Court on April 26, 2005. Respondents removed the matter to the U.S. District Court Eastern District on May 31, 2005. Respondents' motion to transfer to the Northern District was ordered on September 6, 2005. A case management conference is scheduled for January 11, 2006.

2.      The attorney to be substituted is Jerrold C. Schaefer, Bar No. 39374 of Hanson Bridgett Marcus Vlahous & Rudy, LLP located at 333 Market Street, 21st Floor, San Francisco, California 94105; telephone (415) 777-3200.

3.      This substitution of counsel has been approved by California Department of Corrections, Jeanne Woodford, Renee Kanan, M.D., et al., the Respondents in this cause of action.

4.      This substitution of counsel is made in the interest of furthering litigation efficiency by coordinating the defense of this case with a related case, ***Plata v. Schwarzenegger, et. al.*** (Case No. C-01-1351 T.E.H.), through the use of the same counsel and/or law firm.

5.      This substitution of counsel is not made for reasons of delay, and will not unduly prejudice the opposing party.

Wherefore, the DPA, respectfully requests that the court order this substitution of trial counsel, and substitute Jerrold C. Schaefer of Hanson Bridgett Marcus Vlahous & Rudy, LLP as the attorney of record for California Department of Corrections, Jeanne Woodford, Renee Kanan, M.D., et al., the Respondents.

Dated: October 25, 2005.

Respectfully submitted,

K. WILLIAM CURTIS
Chief Counsel

WARREN C. STRACENER
Deputy Chief Counsel

By: *[signature]*
JENNIFER M. GARTEN
Legal Counsel
Attorneys for Respondents

-2-
Withdrawal of Counsel and Substitution of New Counsel

## CONSENT OF CLIENT TO SUBSTITUTION OF COUNSEL

We, California Department of Corrections, Jeanne Woodford, Renee Kanan, M.D., et al., the Respondents in the above-referenced action, consent to the substitution of Jerrold C. Schaefer of Hanson Bridgett Marcus Vlahous & Rudy, LLP as our attorney of record in this cause.

Date: 10-24-05

Jeanne Woodford
Undersecretary
California Department of Corrections and Rehabilitation

Date: 10/24/05

Renee Kanan, MD
Deputy Director
Health Care Services Division
California Department of Corrections and Rehabilitation

Date: 10/26/05

Jerrold C. Schaefer
Hanson Bridgett Marcus Vlahous & Rudy, LLP

**IT IS SO ORDERED**

Dated: November 1, 2005

Honorable ~~Edward M. Chen~~ Maxine M. Chesney
United States ~~Magistrate~~ Judge
District

-3-
Withdrawal of Counsel and Substitution of New Counsel