United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNION OF AMERICAN PHYSICIANS &              No. C-05-3630 MMC
     DENTISTS,
12                                               **ORDER OF REFERRAL**
                    Petitioner,
13
         v.
14
     CALIFORNIA DEPARTMENT OF
15   CORRECTIONS, et al.,

16                  Respondents
     _____/
17

18          The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

19   District Judge Thelton E. Henderson for consideration of whether the case is related to

20   Plata v. Schwarzenegger, C 01-1351 TEH.

21          **IT IS SO ORDERED.**

22

23   Dated:  November 1, 2005                    _____
                                                 MAXINE M. CHESNEY
24                                               United States District Judge

25

26

27

28