IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION OF AMERICAN PHYSICIANS & DENTISTS,<br><br>           Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL,<br><br>           Defendants. | No. C 05-03630 TEH<br><br>**ORDER** |

The Court is in receipt of the parties' Supplemental Joint Case Management Statement, filed May 1, 2006.  The parties jointly request that this Court "stay this action for all purposes for thirty (30) days or longer to allow the Receiver and the Receiver's counsel to familiarize themselves with this dispute, for the Receiver to determine what role he will play, if any, in resolving this dispute, and for the parties, Mr. Hagar, the Receiver, and Mr. Goldman to arrange for mediation of this dispute, if the Receiver determines that such action is warranted." Jt. Statement at 7.

In light of the above, and good cause appearing, it is HEREBY ORDERED that:

1) The May 8, 2006 case management conference is continued until Monday, June 19, 2006 at 10:00 a.m.  The parties shall file an updated joint Case Management Conference Statement no later than Monday, June 12, 2006.

2) This action is stayed for all purposes through June 19, 2006.

**IT IS SO ORDERED.**

Dated:  5/3/06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE