HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Respondents

DAVIS, COWELL & BOWE, LLP
ANDREW J. KAHN - 129776
PAUL L. MORE - 228589
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone:   (415) 597-7200
Facsimile:    (415) 597-7201

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNION OF AMERICAN PHYSICIANS AND DENTISTS,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; JEANNE WOODFORD; RENEE KANAN, MD; DOES 1 THRU XX,<br><br>Respondents. | No. 3:05-cv-03630-TEH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE DEADLINES FOR PRETRIAL MOTIONS |

Petitioner Union of American Physicians and Dentists ("UAPD" or "Petitioner") and Respondents California Department of Corrections, Jeanne Woodford, and Renee Kanan M.D. ("Respondents") through their respective counsel, hereby enter into the following joint stipulation and respectfully request that the Court continue the deadlines currently set for (1) the last date for

- 1 -

a hearing on a pretrial motion and (2) the last day to file a motion noticing a hearing date.

## RECITALS

1. On June 19, 2006, the Court entered an Order for Pretrial Preparation. The Order provides a February 26, 2007 deadline to notice a hearing for a pretrial motion. Based on that deadline, the Court instructed that the deadline to file a pretrial motion would be January 22, 2007. (Or. at 2:17-2:25.);

2. This matter is related to another case before this court entitled, *Plata v. Schwarzenegger*, 3:01-cv-01351-TEH. On or about January 8, 2007, the Office of the Receiver in the *Plata* case, prepared a draft report and recommendation regarding the evaluation of physicians. The Receiver's draft report concluded that the QICM program, the program that is at issue in this case, is the only viable method for complying with *Plata* mandates;

3. In light of the Receiver's draft report, Petitioner and Respondents, have agreed to attempt to resolve this litigation, if possible, promptly through settlement to avoid incurring further time, expense, and judicial resources. Unfortunately, Petitioner's Executive Board does not meet until January 26, 2007, and therefore cannot approve or disapprove of any settlement before January 22, 2007, the deadline set by this Court to file a pretrial motion, including a motion summary judgment;

4. As a result, good cause exists in this case to continue the pretrial hearing and motion filing deadlines because the Receiver distributed his draft report on January 8, 2007, the inability of UAPD's Board to act upon the Receiver's draft report until at least January 26, 2007, and the parties' willingness to continue the dates set forth by this Court.

## STIPULATION AND ORDER

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, by and through their counsel of record, that:

1. All pretrial motions, except motions in limine, must be noticed for hearing no later than Monday, March 26, 2007.

2. Such motions must be filed at least 35 days in advance of the hearing date, or no later

than Monday February 19, 2007.

IT IS SO STIPULATED.

DATED: January 18, 2007

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Respondents

DATED: January 18, 2007

DAVIS, COWELL BOWE, LLP

By: /s/ Paul L. More
PAUL L. MORE
Attorneys for Petitioner

Based upon the foregoing Stipulation of the parties,

**IT IS SO ORDERED.**

Dated: January 22, 2007

Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT JUDGE